UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

CYNTHIA A. ROBINSON,

            Plaintiff,

   vs.

WILLIAM SHULLER, III,

            Defendant.

NO.  CV-07-3033-LRS

ORDER DISMISSING COMPLAINT

**1915(g)**

By Order filed August 10, 2007, the court advised Plaintiff of the deficiencies of her complaint and directed her to amend or voluntarily dismiss.  Plaintiff, who was a prisoner at the Yakima County Jail at the time she initiated this action, is proceeding *pro se* and *in forma pauperis*.  Plaintiff was advised that failure to amend her complaint as directed or to file a motion to voluntarily dismiss would result in dismissal of this action.  Plaintiff was further advised such dismissal would count as one of the dismissals under 28 U.S.C. § 1915(g), and may adversely affect her future ability to file actions *in forma pauperis* while incarcerated.

Rather than amend, Plaintiff submitted a letter which was received August 21, 2007 (Ct. Rec. 8).  In that letter, Plaintiff requested to have several cases transferred to the United States Supreme Courts [sic].  There being no authority for such action by

ORDER DISMISSING COMPLAINT -- 1

this court, **IT IS ORDERED** Plaintiff's request (Ct. Rec. 8) is **DENIED.**

Having failed to comply with the court's directive, and for the reasons set forth in the court's previous Order, **IT IS ORDERED** Plaintiff's complaint against attorney Shuller is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915. This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file. The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.

**DATED** this    22nd    day of October, 2007.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT -- 2