AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Cynthia Robinson

JUDGMENT IN A CIVIL CASE

v.

William Shuller, III

CASE NUMBER: CV-07-3033-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 USC 1915(e)(2) and 1915A(b)(1).

10/22/07
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson